Felmy   AUSA

AO91 (Rev. 12/03) Criminal Complaint

United States District Court
Southern District of Texas
FILED

FEB - 7 2020

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Geovani PIZZA-Martinez
A200 227 090  Mexico

**CRIMINAL COMPLAINT**

Case Number: B-20-mJ-199

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about February 06, 2020 in Cameron County, in the Southern District Of Texas defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title    8    United States Code, Section(s)    1326(a)(1)/(b)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on February 06, 2020. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on December 7, 2018. The defendant was convicted of Illegal Re-Entry on April 10, 2018. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

The defendant had no funds in his possession at the time of his arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Gallegos, Daniel   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 07, 2020                                at    Brownsville, Texas
Date                                                    City/State

Ronald G. Morgan        U.S. Magistrate Judge
Name of Judge           Title of Judge            Signature of Judge